IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JENNIFER L. OLIVER                                                         PLAINTIFF

v.                              No. 4:23-cv-563-DPM

ARKANSAS BLUE CROSS BLUE
SHIELD LONG TERM DISABILITY
PLAN; USABLE LIFE; and FULLSCOPE
RMS, f/k/a DISABILITY RMS                                              DEFENDANTS

## JUDGMENT

Oliver's complaint is dismissed with prejudice. The Court retains jurisdiction until 7 June 2024 to enforce the parties' settlement.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2024